## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06 C 7010 |
| | ) | |
| ST ANTHONY'S SPINE & JOINT INSTITUTE, | ) | Judge Amy J. St. Eve |
| P.C., an Illinois Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# Exhibit 6

# Invoice

# VF-WORKS, INC.

4159-B Corporate Court
Palm Harbor, FL 34683
1-800-VF-WORKS
(839-6757)

**Invoice**

Number: Q 1114b
Date: Oct. 25, 2000

| TO: | SHIP: |
|-----|-------|
| Dr. Melvin D'Souza<br>804 W. 31st St.<br>Chicago, IL 60608 | |

| Description | Quantity | Unit Price | Amount |
|-------------|----------|-----------|--------|
| Mobile System | | | |
| New VF-Works Dynamic Motion X-ray System<br>**C-Arm Subassembly:**<br>Tower and C-Arm<br>**X-Ray Subassembly:**<br>X-ray Head Model XV903H<br>X-Ray Control Panel Model XV903C1<br>X-Ray Tube Model BX-0.5FS<br>**Image Intensifier Subassembly:**<br>Model PS93 PVCCDC<br>**Video Subassembly:**<br>2 Panasonic AG-1980P super VHS VCRs<br>1 Mitsubishi P90 Videographic Printer<br>1 Sony black/white Monitor Model PVM137<br>1 PIP (picture-in-picture) unit | 1 | $69,500.00 | $69,500.00 |
| **1998 Ford E 350** Mobile Lab (Fiberglass Body), with ADA Wheelchair Access & Lift<br>VIN # 1FDWE30S7WHA53587<br>Mileage: 28,000<br>Executive Package: leather seats, wood-grained dash, AM/FM/CD player, 15-year commercial grade carpet, front-end spoiler with fog lamps, back-up camera and 5" screen.<br>Honda EV6010 6K Liquid Cooled Generator (encapsulated), Coleman 135000 BTU Air Conditioner and Heater, Firestone airbags (Ride Rite), custom-made X-ray Booth, Formica leaded walls and glass technician viewing window, custom cabinets, counter tops and shelving<br>Custom laser paint striping | 1<br>1<br><br><br>1 | $65,500.00<br>8,000.00<br><br><br>$10,000.00 | $65,500.00<br>No charge<br><br><br>No charge |
| DISCOUNT | | ($18,000.00) | |
| **Sony UP960 Dry-process Printer** | 1 | | $3,250.00 |
| **UP210 HD Paper (5 rolls)** | 1 case | | $ 200.00 |
| **Delivery** | | | $ 1,000.00 |
| TOTAL | | $136,000.00 | $139,450.00 |
| Special Comments: 50% DEPOSIT REQUIRED TO HOLD VEHICLE; BALANCE REQUIRED PRIOR TO RELEASE OF VEHICLE FOR TRANSPORT. | | | |