# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Allstate Insurance Company, et al.

                                                    Plaintiff,

v.                                                                                   Case No.: 1:06−cv−07010
                                                                                 Honorable Amy J. St. Eve

St. Anthony's Spine & Joint Institue, P.C., et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 19, 2010:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 4/19/2010 and continued to 6/17/2010 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.